[No. 13594–5–I. Division One. June 9, 1986.]

LARRY LAYCOCK, *Respondent*, v. JOSEPH H. JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–2–10220–2, Richard M. Ishikawa, J., entered July 29, 1983. *Affirmed* by unpublished opinion per Cole, J. Pro Tem., concurred in by Schumacher and Utter, JJ. Pro Tem.

[No. 14696–3–I. Division One. June 9, 1986.]

*In the Matter of the Marriage of* BRUCE R. WILSON, *Appellant, and* DONNA LEE WILSON, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 83–3–01351–1, W. R. Cole, J., entered April 12, 1984. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Ringold, A.C.J., and Coleman, J.

[No. 7168–5–III. Division Three. June 10, 1986.]

MELVIN E. WELTON, JR., ET AL, *Respondents*, v. J. MARILYN SPENCER, *Appellant.*

Appeal from a judgment of the Superior Court for Douglas County, No. 13400, Fred Van Sickle, J., entered April 22, 1985. *Affirmed as modified* by unpublished opinion per Munson, J., concurred in by Green, C.J., and Thompson, J.